| | | |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA:  Susan Fairchild<br>Agent:  Wayne Willliams | Telephone: (313) 226-9577<br>Telephone: (313) 550-7945 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Hector GARCIA-CORREA | Case: 2:25−mj−30392<br>Assigned To : Unassigned<br>Assign. Date : 6/17/2025<br>Case No.  Description: RE: HECTOR GARCIA−CORREA (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 5, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about June 5, 2025, in the Eastern District of Michigan, Southern Division, Hector GARCIA-CORREA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about September 16, 2008, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

[x] Continued on the attached sheet.

_____
*Complainant's signature*

Wayne Willliams, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 17, 2025

_____
*Judge's signature*

City and state: Detroit, MI

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Hector GARCIA-CORREA, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), Unlawful Re-Entry Following Removal, has been committed by Hector GARCIA-CORREA.

4. Hector GARCIA-CORREA is a forty-eight-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about February 4, 2001, GARCIA-CORREA was arrested by United States Border Patrol Agents near Eagle Pass, Texas. He was granted a voluntary return to Mexico.

6. On or about February 8, 2001, GARCIA-CORREA was arrested by United States Border Patrol Agents near Eagle Pass, Texas. He was granted a voluntary return to Mexico.

7. On or about February 14, 2001, GARCIA-CORREA was arrested by United States Border Patrol Agents near Eagle Pass, Texas. He was granted a voluntary return to Mexico.

8. On or about February 17, 2001, GARCIA-CORREA was arrested by United States Border Patrol Agents near Eagle Pass, Texas. He was granted a voluntary return to Mexico.

9. On or about February 19, 2001, GARCIA-CORREA was arrested by United States Border Patrol Agents near Eagle Pass, Texas. He was granted a voluntary return to Mexico.

10. On or about February 28, 2001, GARCIA-CORREA was arrested by ICE near Salt Lake City, Utah after a traffic stop. He was processed, given a Notice to Appear and was released.

11. On or about March 11, 2005, GARCIA-CORREA was ordered removed by an Immigration Judge in Detroit, MI. He appealed the order and on June 26, 2006, it was dismissed out of the Detroit District.

12. On or about August 3, 2007, GARCIA-CORREA was issued a traffic ticket by the Utica, MI, Police Department. On August 15, 2007, GARCIA-CORREA was charged with operating- license suspended, revoked, denied. On October 9, 2007, the 41st District Court issued a failure to appear warrant.

13. On or about August 8, 2008, GARCIA-CORREA was issued a traffic ticket by Auburn Hills, MI, Police Department. Record checks show a warrant was issued.

14. On or about September 3, 2008, GARCIA-CORREA was arrested by ICE Fugitive Operations at the Oakland County Jail. He was processed as a Bag and Baggage. A "Bag and Baggage" return follows a formal notice sent by the U.S. government to an individual ordered deported, instructing them to report to a designated location with their belongings on a specific date for removal from the country.

15. On or about September 16, 2008, GARCIA-CORREA was removed from the United States to Mexico through the Brownsville, TX, Gateway Bridge.

16. On or about August 3, 2012, GARCIA-CORREA was issued a ticket by Oakland County Sheriff's Department for Larceny. On August 10, 2012 the charges were dismissed in the 50th District Court.

17. On or about July 9, 2012, GARCIA-CORREA was encountered and arrested by ICE/ERO at the Oakland County Jail. He was processed as a reinstatement of prior deport and charged in the Eastern District of Michigan District Court with a violation of Title 8 U.S.C §1326(a).

18. On or about December 4, 2012, GARCIA-CORREA was sentenced to one month with the United States Bureau of Prisons.

19. On or about December 26, 2012, GARCIA-CORREA was removed from the United States to Mexico through Laredo, Texas.

20. On or about January 25, 2013, GARCIA-CORREA was arrested by United States Border Patrol Agents near Otay Mesa, California. He was granted a voluntary return and was returned to Mexico.

21. On or about February 16, 2013, GARCIA-CORREA was arrested by United States Border Patrol Agents near Naco, Arizona. He was processed as reinstatement of prior deport.

22. On or about February 19, 2013, GARCIA-CORREA was removed from the United States to Mexico through the Del Rio, Texas International Bridge.

23. On or about June 5, 2025, GARCIA-CORREA was arrested by United States Border Patrol Agents neat Oakland County Michigan after a call for assistance from Oakland County Sheriff's Department. He was processed as a reinstatement of prior deport.

24. Hector GARCIA-CORREA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that GARCIA-CORREA is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that GARCIA-CORREA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

25. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357,

      1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

26. Review of the Alien File (A# xxx xxx 522) for Hector GARCIA-CORREA and queries in Department of Homeland Security databases confirm no record exists of GARCIA-CORREA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on September 16, 2008.

27. Based on the above information, I believe there is probable cause to conclude that Hector GARCIA-CORREA, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

June 17, 2025