| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Agent: | Wayne Willliams | Telephone: (313) 550-7945 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Hector GARCIA-CORREA

Case: 2:25-mj-30392
Assigned To : Unassigned
Assign. Date : 6/17/2025
Case No. Description: RE: HECTOR GARCIA-CORREA (EOB)

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/Eddrey Butts
Deputy

**ARREST WARRANT**

FILED USDC - CLRK DET
2025 JUN 18 PM 1:46

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Hector GARCIA-CORREA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about June 5, 2025, in the Eastern District of Michigan, Southern Division, Hector GARCIA-CORREA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about September 16, 2008, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Date: June 17, 2025

*Issuing officer's signature*

City and state: Detroit, MI

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6-17-2025, and the person was arrested on *(date)* 6-18-2025
at *(city and state)* Detroit, Michigan

Date: 6-18-2025

*Arresting officer's signature*
Michael Everson (BPA)
*Printed name and title*

Distribution: Original Court - 1copy U.S. Marshal - 2 copies USA